FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 28, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHEL R., <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | No. 4:22-CV-00052-SAB <br><br> **ORDER GRANTING STIPULATED MOTION FOR REMAND** |

Before the Court is the parties' Stipulated Motion for Remand, ECF No. 20. The motion was considered without oral argument. Plaintiff is represented by Victoria B. Chhagan. Defendant is represented by Ryan Lu and Brian M. Donovan.

The parties agree and stipulate, pursuant to sentence four of 42 U.S.C. § 405(g), to reverse and remand the above-captioned case for further administrative proceedings.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion for Remand, ECF No. 20, is **GRANTED**.
2. Plaintiff's Motion for Summary Judgment, ECF No. 13, is **STRICKEN**.
3. The decision of the Commissioner is reversed and remanded. On remand the Administrative Law Judge shall:

    - Reevaluate the medical opinions, including the opinion of Mari Hunter, N.P.;

**ORDER GRANTING STIPULATED MOTION FOR REMAND** ~ 1

- Reassess whether Sjogren's syndrome meets or equals the criteria of Listing 14.10;
- As appropriate, continue the sequential evaluation process, including obtaining medical expert or supplemental vocational expert evidence; and
- Further develop the record, give Plaintiff an opportunity for a hearing, and issue a new decision.

3. Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d).

4. Judgment shall be entered in favor of Plaintiff and against Defendant.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to file this Order, provide copies to counsel and **close** the file.

**DATED** this 28th day of September 2022.



_____
Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING STIPULATED MOTION FOR REMAND ~ 2**